IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERLY BERGAN,

Plaintiff,

v.

AMERICAN MEDICAL SYSTEMS, INC. (U.S.A),

Defendant.   No. 11-0151-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's motion for voluntary dismissal (Doc. 8). Defendant does not object to the motion. Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** plaintiff's cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.19 09:47:23 -05'00'

**Chief Judge
United States District Court**